EL PUEBLO, DEMANDANTE Y APELADO, *v.* MUÑOZ, ACUSADO Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Guayama en causa por incesto.

No. 1159.—Resuelto en mayo 4, 1917.

INCESTO—ACUSACIÓN SUFICIENTE—FORMA EN QUE SE COMETIÓ EL CONCÚBITO.—En una acusación por incesto, por haber el acusado cometido concúbito o fornicación con una hermana suya, es suficiente alegar este hecho, sin que haya necesidad de expresar la forma y manera en que se llevó a efecto el acto con la perjudicada porque esto es materia de prueba.

SUFICIENCIA DE LA PRUEBA—FALTA DE EXPOSICIÓN DEL CASO—RESUMEN EN LAS INSTRUCCIONES AL JURADO.—Cuando no existe exposición del caso que contenga la prueba que se practicó en el juicio, falta base para considerar si fué o nó suficiente para sostener la declaración de culpabilidad hecha por el jurado, pues el resumen que de ella haga el juez en sus instrucciones no puede servir de fundamento para determinar su suficiencia.

NUEVO JUICIO—PRUEBAS NUEVAMENTE DESCUBIERTAS—FALTA DE JURAMENTO—DILIGENCIAS PRACTICADAS—PRESENTACIÓN DE LAS NUEVAS DECLARACIONES.—Es propiamente denegada una moción de nuevo juicio en que se consigna por el acusado que tiene prueba nuevamente descubierta y otra que no pudo aportar al juicio, cuando dicha moción no está jurada, ni se alegan las diligencias hechas para poder obtenerlas, ni se presentan las declaraciones que se darían en el nuevo juicio para que el juez pudiera conocer si alterarían el resultado del que se celebró.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Leopoldo Tormes.*

Abogado del apelado: *Sr. Salvador Mestre, Fiscal.*

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

El acusado en este caso apeló contra la sentencia y contra la resolución que le negó un nuevo juicio.

Fué convicto por un jurado de un delito de incesto cometido con una hermana suya y los fundamentos en que apoya sus recursos son, uno, porque la acusación no es suficiente por no expresar en qué forma se cometió el concúbito o fornicación con la perjudicada, y los otros se refieren a la prueba.

Al Pueblo le bastaba alegar como alegó que el acusado, apelante, cometió concúbito o fornicación con una hermana suya, y no tenía necesidad de expresar la forma ni la manera en que se llevó a efecto porque esto es materia de prueba.

No se nos ha presentado una exposición del caso conteniendo las pruebas que se presentaron en el juicio, ni pliego de excepciones por las objeciones que durante él hiciera a la admisión de ellas: tenemos solamente ante nosotros la acusación, las instrucciones que dió el juez al jurado, el veredicto de culpabilidad por éste rendido, la moción de nuevo juicio, la sentencia de la corte fijando la pena y el escrito de apelación, y por tanto carecemos de base para considerar si la prueba fué o nó suficiente para sostener la declaración de culpabilidad hecha por el jurado, pues el resumen que de ella hizo el juez en sus instrucciones no puede servirnos de base para determinar su suficiencia sino que para tal fin necesitamos tener ante nosotros toda la prueba que se presentó en el juicio relatada en la exposición del caso.

La moción de nuevo juicio descansa en los mismos fundamentos que hemos expuesto con la sola adición de que se consigna por el acusado que tiene prueba nuevamente descubierta, y otra que no pudo aportar al juicio, pero la moción no fué jurada, no alegó las diligencias hechas para obtenerlas, ni presentó las declaraciones que se darían en el nuevo

juicio para que el juez pudiera conocer si alterarían el resultado del que se celebró, y por tanto fué propiamente denegada.

Por los motivos expuestos los recursos deben declararse sin lugar y confirmarse la sentencia apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.